UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SHPENDIM HAXHAJ,<br><br>　　　　　　　　　Defendant. | 21 Cr. 17 (KPF) |
| SHPRESIM HAXHAJ, *on behalf of* SHPENDIM HAXHAJ,<br><br>　　　　　　　　　Petitioner,<br><br>-v.-<br><br>WARDEN OF CAMP MEDICAL CENTER FOR FEDERAL PRISONERS SPRINGFIELD,<br><br>　　　　　　　　　Respondent. | **ORDER**<br><br>24 Civ. 5613 (KPF) |

KATHERINE POLK FAILLA, District Judge:

　　On July 31, 2024, Shpendim Haxhaj, by and through his family holding power of attorney, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, requesting records, documentation, and reason for rejection of visitation. (*See* Case No. 21 Cr. 17 (Dkt. #314); Case No. 24 Civ. 5613 (Dkt. #1)). Counsel for Mr. Haxhaj are hereby ORDERED to file a letter responding to those issues raised in the petition as to which they have knowledge and/or a position, on or before **August 15, 2024**. The Government is hereby ORDERED to also file a letter in response on or before **August 22, 2024**.

　　The Clerk of Court is directed to terminate the motion at docket number 314 in Case No. 21 Cr. 17, to docket this Order in both cases listed in the caption, and to mail a copy of this Order to Mr. Shpresim Haxhaj's address of record: 1906 White Plains Road, Bronx, NY, 10462.

SO ORDERED.

Dated: August 1, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge